CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102-3495
  Telephone: (415) 436-7177
  FAX: (415) 436-7234
  molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABHINAV ROY BURMAN, *et. al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et. al.*,<br><br>        Defendants. | Case No. 5:25-cv-10283-NC<br><br>**THIRD STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' COMPLAINT AND ORDER** |

On March 27, 2026, the Court granted the parties' second stipulation to extend time for Defendants' response to Plaintiffs' complaint, setting a due date for Defendants' response as April 9, 2026. *See* Dkt. 13. Plaintiffs and Defendants now stipulate and respectfully request the Court to grant an additional extension of time for Defendants' response to Plaintiffs' complaint and set a due date for April 16, 2026. The parties make this request because Defendants need a brief period of additional time to finalize their response.  In view of the agreed-upon extension for Defendants' response to the complaint, the parties request a corresponding extension to Defendants deadline to file their motion for summary judgment, to June 17, 2026.

//

//

Stipulation to Extend
Case No. 5:25-cv-10283-NC                    1

Dated: April 9, 2026

Respectfully submitted[1],

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: April 9, 2026

*/s/ Niralkumar Patel*
NIRALKUMAR PATEL
KLDP LLP
Attorney for Plaintiffs

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:  April 9, 2026



HON. NATHANAEL COUSINS
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Extend
Case No. 5:25-cv-10283-NC                    2

### DECLARATION OF MOLLY A. FRIEND

I, Molly A. Friend, declare and state as follows:

1.      I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and counsel of record for the federal Defendants in the above-captioned action.

2.      On March 27, 2026, the Court granted the parties' second stipulation to extend time for Defendants' response to Plaintiffs' complaint, setting a due date for Defendants' response as April 9, 2026. See Dkt. 13.

3.      My office has been conferring with the agency regarding this case, and we determined that Defendants need an additional one-week extension of time to finalize their response. Accordingly, my office contacted Plaintiffs' counsel regarding Defendants' request for an additional extension of time to finalize their response to the complaint and Plaintiffs consented to the request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  April 9, 2026

/s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney

Stipulation to Extend
Case No. 5:25-cv-10283-NC                          3